IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:25-cr-00367-RMC |
| | : | |
| **DA'SHAUN MARKEI JOHNSON,** | : | |
|    **Defendant.** | : | |

**CONSENT MOTION TO CONTINUE SENTENCING HEARING**

**COMES NOW**, Allen H. Orenberg, counsel for Da'Shaun Markei Johnson, and hereby requests the entry of an Order continuing the sentencing hearing scheduled for March 19, 2026 (10:30 a.m.) and to a date/time suggested herein, or to any other date/time which is convenient to the Court and to the parties.

Furthermore, if the Court grants this motion then it is respectfully requested that the Court modify the sentencing hearing briefing schedule so that initial memoranda are due to be filed two weeks before the sentencing hearing and responses, if any, be filed one week before the sentencing hearing.

As grounds, the following is stated.

    1.    This motion is consented to per AUSA Jared English.

    2.    A sentencing hearing is scheduled for March 19, 2026. (10:30 a.m.)

    3.    Undersigned counsel is currently out of the jurisdiction because of a family medical crisis. Counsel does not expect to return to the Washington, D.C. area

until early April, 2026.[1]

4.      It is respectfully suggested that the Court schedule the sentencing hearing for either April 15 or April 16, 2026. (late morning or early afternoon)

Furthermore, if the Court grants this motion then it is respectfully requested that the Court modify the sentencing hearing briefing schedule so that initial memoranda are due to be filed two weeks before the sentencing hearing and responses, if any, be filed one week before the sentencing hearing.

5.      Defendant Da'Shaun Markei Johnson, by and through counsel, agrees that time under the Speedy Trial Act should be excluded between March 19, 2026, and the next scheduled court date.

**WHEREFORE**, for the foregoing reasons and such other reasons which may appear just and proper, defendant Da'Shaun Markei Johnson requests the entry of an Order continuing the sentencing hearing scheduled for March 19, 2026 (10:30 a.m.) and to a date/time suggested herein, or to any other date/timer which is convenient to the Court and to the parties.

Furthermore, if the Court grants this motion then it is respectfully requested that the Court modify the sentencing hearing briefing schedule so that initial memoranda are due to be filed two weeks before the sentencing hearing and responses, if any, be filed one week before the sentencing hearing.

---

[1] If requested, counsel will submit to the Court (either by direct e-mail to Chambers or by a sealed filing, a more fulsome explanation of counsel's family medical crisis.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of March, 2026, a copy of the foregoing Consent Motion to Continue Sentencing Hearing, and a proposed Order, was delivered to case registered parties by the CM/ECF court system, and by postage-prepaid first class mail to:

Mr. Da'Shaun M. Johnson
DCDC # 395-080
D.C. Jail
1901 D Street, NW
Washington, D.C. 20003

_____
Allen H. Orenberg